# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   LARRY J LANDFAIR　　　　　　　　　§　　　　Case No.: 07-15722
　　　　　GINA R LANDFAIR　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)　　　　　　　　　　　　　§

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/29/2007.

2) This case was confirmed on 10/11/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/23/2011.

6) Number of months from filing to the last payment:  45

7) Number of months case was pending:  48

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $   71,267.00

10) Amount of unsecured claims discharged without payment $   83,827.64

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 22,649.65 |
| Less amount refunded to debtor | $ 387.07 |
| **NET RECEIPTS** | $ 22,262.58 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,363.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,515.44 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,878.44 |
| Attorney fees paid and disclosed by debtor | $ 137.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMTRUST BANK | SECURED | 167,866.00 | .00 | .00 | .00 | .00 |
| MICHIGAN EDUCATION C | SECURED | 9,709.00 | 9,785.80 | 9,709.00 | 9,709.00 | 1,180.81 |
| FORD LAKE VILLAGE AS | SECURED | 140.00 | .00 | .00 | .00 | .00 |
| U OF M CREDIT UNION | UNSECURED | 46,314.00 | 46,314.42 | 46,314.42 | 4,631.44 | .00 |
| BANK ONE | UNSECURED | 9,779.00 | NA | NA | .00 | .00 |
| CHARTER TOWNSHIP OF | UNSECURED | 3,042.00 | NA | NA | .00 | .00 |
| CITY OF ANN ARBOR PR | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CITY OF DETROIT PARK | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| MERCHANT & MEDICAL | UNSECURED | 2,500.00 | 2,265.00 | 2,265.00 | 226.50 | .00 |
| CREDIT PROTECTION | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| DTE ENERGY | UNSECURED | 584.00 | NA | NA | .00 | .00 |
| GENERAL REVENUE CORP | UNSECURED | 1,000.00 | 865.70 | 865.70 | .00 | .00 |
| L J ROSS ASSOCIATES | UNSECURED | 10.00 | 260.00 | 260.00 | 26.00 | .00 |
| MERCHANT & MEDICAL | UNSECURED | 2,330.00 | NA | NA | .00 | .00 |
| MERCHANT & MEDICAL | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| MICHIGAN DEPT OF STA | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| MICHIGAN EDUCATION C | UNSECURED | 2,562.00 | 2,670.09 | 2,670.09 | 267.01 | .00 |
| SALLIE MAE | UNSECURED | 2,691.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 2,553.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 792.00 | NA | NA | .00 | .00 |
| U OF M CREDIT UNION | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| VAN RU CREDIT CORP | UNSECURED | 1,480.02 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 885.00 | 885.48 | 885.48 | 88.55 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor               Claim        Claim        Claim      Principal    Int.  |
|   Name        Class    Scheduled    Asserted     Allowed    Paid         Paid  |
|                                                                                |
|YPSILANTI DEPT OF WA  UNSECURED    160.00        NA          NA           .00       .00  |
|MICHIGAN EDUCATION C  UNSECURED         NA      .00       76.80          7.68      .00  |
|B-REAL LLC            UNSECURED         NA 12,471.46   12,471.46      1,247.15     .00  |
|JIM GILCHRIST         OTHER            .00       NA          NA           .00       .00  |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 9,709.00 | 9,709.00 | 1,180.81 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 9,709.00 | 9,709.00 | 1,180.81 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 65,808.95 | 6,494.33 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,878.44 |
| Disbursements to Creditors | $ | 17,384.14 |
| **TOTAL DISBURSEMENTS:** | $ | 22,262.58 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/12/2011                                      /s/ Tom  Vaughn
                                                         Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**